# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| **PLAINTIFF(S)** | 8:18–cv–01091 |
| v. |  |
| PERFORMANCE SLC LLC , et al. |  |
| **DEFENDANT(S).** | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__6/20/2018__      ____      ____

Date Filed        Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: June 22, 2018         By: /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                  Deputy Clerk